FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0001

_____

IN RE THE MARRIAGE OF:

ELIZABETH PETERSON,

     Petitioner,

vs.

SCOTT JOHNSON,

    Respondent.

O R D E R

_____

The Honorable John C. Brown, presiding Judge in Cause No. DR-11-366C in the Eighteenth Judicial District Court, Gallatin County, has forwarded to this Court a motion filed by Petitioner Elizabeth Peterson via counsel. Judge Brown explains that Peterson's filing, captioned Motion to Change Venue, Motion for Disqualification for Cause and Brief in Support, appears to target Standing Master Magdalena Bowen for disqualification, but Judge Brown ascertained that some statements made in the Motion to Change Venue may be an attempt to disqualify all District Court Judges in the Eighteenth Judicial District. Judge Brown further advises this Court that he rescinded the Order of Referral to Standing Master Bowen and that he has recovered jurisdiction of the case.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. In this instance, Peterson does not allege any facts showing personal bias or prejudice of Judge Brown, who is the presiding judge in this matter. Therefore further disqualification proceedings under the statute are not warranted.

IT IS THEREFORE ORDERED that the motion to disqualify in Gallatin County Cause No. DR-11-366C is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Gallatin County for notification to all counsel of record in Cause No. DR-11-366C, and to the Honorable John C. Brown.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2023